# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:25CR369-JEB |
| ) | |
| ) | **FILED UNDER SEAL** |
| FAN YANG and ) | |
| JING TIAN. ) | |
| ) | |

## UNOPPOSED SEALED MOTION TO HOLD INITIAL APPEARANCE REMOTELY

Fan Yang and Jing Tian,[1] through undersigned counsel, and with no objection by the government, respectfully move this Court to hold their September 22, 2025 initial appearance by video. This motion is filed under seal given that the docket in this matter is sealed. In support of this motion, Ms. Yang and Mr. Tian state as follows:

1. Ms. Yang and Mr. Tian appeared for a Rule 5(c)(3) hearing in the Southern District of Indiana on December 11, 2025. 1:25-mj-1165-MJD, ECF No. 1.

2. At that appearance, Ms. Yang and Mr. Tian were notified that their initial appearance in this Court was scheduled for December 17, 2025 at 11 AM. *See Id.*

3. Based on this information, on December 10, 2025, Ms. Yang and Mr. Tian purchased tickets for a flight to DC on December 16, 2025, in order to meet with counsel on that date and to appear before the Court on December 17, 2025.

---

[1] Undersigned counsel is retained to represent Ms. Yang. Mr. Tian, who is her spouse, is currently in the process of retaining counsel. Undersigned counsel therefore files this motion on behalf of both defendants, at their request.

RECEIVED

DEC 16 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4. Ms. Yang and Mr. Tian were not notified that the initial appearance was rescheduled for December 22, 2025. They learned this for the first time on December 15, 2025, after defense counsel conferred with government counsel.

5. Given the foregoing circumstances, and in order to avoid additional expenses of travel, Ms. Yang and Mr. Tian respectfully ask the Court to hold their initial appearance remotely.

6. The government does not object to this request.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
Counsel for Fan Yang
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing in hard copy with the clerk's office, under seal, and provided a copy to counsel for the government.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
Counsel for Fan Yang
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com
