IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:25CR369-JEB |
| ) | |
| ) | **FILED UNDER SEAL** |
| FAN YANG and ) | |
| JING TIAN. ) | |
| ) | |

**ORDER**

This matter comes before the Court on the defendants' motion to hold their December 22, 2025 initial appearance, scheduled for at 2 PM, remotely by video. For the reasons stated in the present motion, and with no objection by the government, the motion is hereby GRANTED.

So Ordered on _____.

_____
United States District Court
Washington, DC