IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:25CR369-JEB |
| ) | |
| ) | |
| FAN YANG and ) | |
| JING TIAN. ) | |
| _____ ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Fan Yang and Jing Tian, through undersigned counsel, and with no objection by the government, respectfully move this Court to continue their January 12, 2026 status conference for a period of 30 days. In support of this motion, Ms. Yang and Mr. Tian state as follows:

1. Ms. Yang and Mr. Tian appeared for a Rule 5(c)(3) hearing in the Southern District of Indiana on December 9, 2025. 1:25-mj-1165-MJD, ECF No. 1.

2. On December 22, 2025, Ms. Yang and Mr. Tian appeared for their initial appearance in this District by video. The Court set a status conference for January 12, 2026.

3. Undersigned counsel for Ms. Yang and Mr. Tian have been in contact with the government to facilitate the production and review of discovery, and to engage in preliminary discussions regarding a potential resolution of this matter.

4. The government has indicated that the discovery to be produced contains approximately 100,000 or more pages of documents. Undersigned counsel are making arrangements to obtain this discovery and upload the same to a database for review.

5. Additionally, undersigned counsel have been conducting their own fact investigation and have had preliminary discussions with the government regarding a pretrial resolution.

6. Given the need the need to review voluminous discovery, and to continue to explore a pretrial resolution of the charges in this matter, undersigned counsel request that the Court continue the status hearing in this case for a period of 30 days. Defendants agree that the time between the date of this filing and date to which the Court continues the status hearing should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

7. The government does not object to this request.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
*Counsel for Fan Yang*
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com

            /s/ Ray D. McKenzie
Ray D. McKenzie (DC Bar No. 996034)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
Tel: (202) 465-8390
Fax: (202) 640-6022
rmckenzie@milesstockbridge.com
*Counsel for Jing Tian*

**CERTIFICATE OF SERVICE**

    I hereby certify that I filed a copy of the foregoing in hard copy with the clerk's office, under seal, and provided a copy to counsel for the government.

                                        Respectfully submitted,

                                        By: /s/ Eugene Gorokhov
                                        Eugene Gorokhov (D.C. Bar No. 979785)
                                        *Counsel for Fan Yang*
                                        BURNHAM & GOROKHOV, PLLC
                                        1634 I Street NW, Suite 575
                                        Washington, DC 20006
                                        Tel: (202) 386-6920
                                        Fax: (202) 765-2173
                                        eugene@burnhamgorokhov.com