IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25CR369-JEB |
| | ) | |
| FAN YANG and | ) | |
| JING TIAN. | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on Ms. Yang and Mr. Tian's Unopposed Motion to Continue Status Hearing requesting a 30-day continuance of the January 12, 2026 status hearing. For all of the reasons stated in the motion, the motion is hereby GRANTED.

The parties shall appear for a status conference on _____ at _____.

The Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the interests of justice, namely, the need to obtain and review voluminous discovery and to engage in discussions regarding a pretrial resolution of this matter, justify tolling time under the Speedy Trial Act until the _____.

So Ordered on _____.

_____
United States District Court
Washington, DC